IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALFRED VALENTINO GARCIA,

    Plaintiff,

v.                                  Case No. _____

STATE OF NEW MEXICO, GOVERNOR
BILL RICHARDSON, NEW MEXICO
CORRECTIONS DEPARTMENT,
JOE WILLIAMS, and unidentified
Corrections Department personnel and
contractors,

    Defendants.

## NOTICE OF CONSENT TO REMOVAL

Defendants New Mexico Corrections Department, Secretary of Corrections Department, Joe Williams, and current and former employees of the Corrections Department, by and through their counsel of record, Peter A. Robertson, Deputy General Counsel for the Corrections Department, consent to the removal to this Court of the civil action filed in the First Judicial District for the State of New Mexico, County of Santa Fe, as Case No. D-101-CV-2009-02557.

                                                OFFICE OF GENERAL COUNSEL
                                                NEW MEXICO CORRECTIONS DEPT.
                                                *Counsel for New Mexico Correction*
                                                *Departments, Secretary of Corrections Joe*
                                                *Williams, and current and former employees*
                                                *of the Corrections Department*

                                                */s/ Peter A. Robertson*
                                                _____
                                                PETER A. ROBERTSON
                                                Deputy General Counsel
                                                P.O. Box 27116
                                                Santa Fe, NM  87502-0116
                                                (505) 827-8289
                                                peter.Robertson@state.nm.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2009, I served the foregoing a true and correct copy of the foregoing **Notice of Consent to Removal** was sent via email to Little West, Attorney for Bill Richardson and State of New Mexico (lvwest@nm.net) and via US Mail, postage prepaid, addressed to Alfred Valentino Garcia, *Pro Se,* #50725, LCCF, 6900 West Millen Drive, Hobbs, New Mexico  88244.

*/s/ Peter A. Robertson*

PETER A. ROBERTSON