IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 1 4 2009

**MATTHEW J. DYKMAN**
CLERK

ALFRED VALENTINO GARCIA,
   Plantiff,

v.                                Case No. 6:09-CV-01103 LH/LFG

STATE OF NEW MEXICO, GOVERNOR BILL RICHARDSON, NEW MEXICO CORRECTIONS DEPARTMENT, JOE WILLIAMS, and unidentified Corrections Department personnel and contractors,
   Defendants.

PLANTIFFS MOTION FOR EXTENSION TO RESPONSE TO DEFENDANTS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

---

Alfred Valentino Garcia (Plantiff), pro se, move the Court for an Extension To Respond to Defendants motion to dismiss for failure to state a claim.

State of New Mexico, Governor Bill Richardson, New Mexico Corrections Department, Joe Williams and unidentified Corrections Department personnel and contractors have filed a Dismissual For failure to state a claim through their counsel of record, Long, Pound & Komer, P.A..

Plantiff is asking the Court for an extention so he can adequately Respond to the Defendants Motion to Dismiss.

Plantiff needs enough time to gather and find the case law defendants are arguing as well as case law to rebuttal. For he is extremely limited on resources.

Wherefore, Alfred Valentino Garcia Respectfully move this Court for an extension to gather enough material to respond to defendants motion to dismiss for failure to State a claim. I Need a 15 or 30 day extension Please!

Respectfully submitted by

Valentino Garcia

Alfred Valentino Garcia
6900 West Millen Drive 50725
Hobbs, New Mexico 88244

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of December, 2009, I filed the foregoing Motion FOR EXTENSION and served via mail through United States Postal Service along with a copy of this Certificate of Service, to Little West, Attorney for Defendants, Post Office Box 5098, Santa Fe, New Mexico 87502-5098.

Respectfully Submitted,

Valentino Garcia

Alfred Valentino Garcia
6900 West Millen Drive 50725
Hobbs, New Mexico 88244

Mister Alfred Valentino Garcia
6900 West Miller Drive 507
Hobbs, New Mexico
88244

RECEIVED
At Albuquerque NM

DEC 14 2009

MATTHEW J. DYKMAN
CLERK

United State District Court
Attention: Honorable Judge Garcia, L.
333 Lomas Boulevard North West
Albuquerque, New Mexico
Suite 270
87102