IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFRED VALENTINO GARCIA,

        Plaintiff,

  vs.                              No. CIV 09-1103 LH/LFG

STATE OF NEW MEXICO, STATE OF NEW
MEXICO CORRECTIONS DEPARTMENT,
BILL RICHARDSON, Governor, JOE WILLIAMS,
Secretary of Corrections, and UNIDENTIFIED
CORRECTIONS PERSONNEL AND
CONTRACTORS,

        Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE TO DEFENDANTS STATE OF NEW MEXICO
AND GOVERNOR BILL RICHARDSON'S MOTION TO DISMISS**

THIS MATTER comes before the Court on Plaintiff's Motion [Doc. 12] for Extension of

Time to Respond to Defendant's Motion to Dismiss.  No response is necessary.

Plaintiff states that he needs additional time to prepare an adequate response to the Motion

to Dismiss [Doc. 7] filed on November 23, 2009 by two Defendants herein.  The Court finds that

Plaintiff has shown good cause, and the requested 30-day extension of time will be granted.

In his Motion for Extension of Time, Plaintiff stated that the Motion to Dismiss was filed

by all Defendants; however, he is advised that the only Defendants joining in the Motion to Dismiss

are the State of New Mexico and Governor Bill Richardson.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time [Doc. 12] is

granted, and the deadline for Plaintiff to file and serve his Response to the Motion to Dismiss filed

by Defendants State of New Mexico and Governor Bill Richardson is hereby extended to January

10, 2010.

_Lorenzo F. Garcia_

Lorenzo F. Garcia
United States Magistrate Judge