IN THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF NEW
MEXICO

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 1 1 2010

ALFRED VALENTINO GARCIA,

**MATTHEW J. DYKMAN
CLERK**

Plaintiff

v.

Case No. 6:09-CV-01103 LH/LFG

STATE OF NEW MEXICO, GOVERNOR BILL
RICHARDSON, NEW MEXICO CORRECTIONS
DEPARTMENT, JOE WILLIAMS, unidentified
Corrections Department personnel, contractors
and et al,

Defendants.

PLAINTIFF'S RESPONSE TO DEFENDANT'S STATE OF
NEW MEXICO AND GOVERNOR BILL RICHARDSON'S
MOTION TO DISMISS FOR FAILURE TO STATE A
CLAIM

Alfred Valentino Garcia, pro se, (the Plaintiff), move
the Court for an order not to dismiss the complaint against
the State of New Mexico and Bill Richardson (the defendants),
insofar as Plaintiff has amended his complaint to clearly
show fault, state remedies were exhausted and he can
prove without a doubt omittance that his property was
lost or destroyed.

GENERAL ALLEGATIONS

1. On or about 10-2-07 an internal grievance
was filed about the loss or destruction of Plaintiff's

1

property. There was no response on the informal. On or about 10-2-07 a request was sent to the property officer Eric Rosas about the loss or destruction of Plaintiff's property. An unidentified Captain responded by bringing Plaintiff's radio which was lost or destroyed but not the Rest of the items. On or about 10-16-07 a formal grievance was filed on the loss or destruction of Plaintiff's property. Grievance officer acknowledged that some of Plaintiff's property did not make it in his property so He was awarded $50 dollars. On or about 12-19-07 the appeal was filed because $50 dollars was not sufficient enough to have reaquire all the items lost or destroyed. The appeal was denied by Erma Sedillo. On or about 11-29-07 the Notice of Claim was sent to New Mexico's Risk Management. There was no response.

2. On or about 9-24-09 Plaintiff was put into segregation. The unidentified officer/'s collecting Plaintiff's property and the unidentified officer/'s in the housing unit control room lost, destroyed and/or did not keep His property Safe. On or about 9-26-09 Plaintiff's property was brought by property officer Eric Rosas. Property items were missing. Apon request Plaintiff's radio was found but many of other items were not turned up. Plaintiff was informed that officers do not care about inmates or inmates property because they can get away with anything and are Protected by Governor, Joe Williams and/or other cabinet heads.

Plaintiff has exhausted His state remedies as shown in Exhibit A. Plaintiff can show in Exhibit A that omittance to those allegations are **TRUE**, His property was lost or destroyed. Plaintiff can prove in **GOOD** Faith that He attempted to resolve this matter at its lowest degree in the state remedies but defendants did not want to resolve.

2

therefore it has gone to the Courts, Plaintiff has suffered more and she has had to rebuy all the items lost or destroyed. That is why Plaintiff is seeking $303,750.00 dollars for alleged loss or destroyed of $250.00 worth of property.

Claims against the state of New Mexico and Governor Richardson is proper here because: (1) Plaintiff has included, Good Faith Factual allegations that will be sufficient to state a Constitutional claim against the State generally and the Governor as amended; (2) Governor is not entitled to qualified immunity; (3) Plaintiff's amended State Tort Claim is supported with sufficient allegations to pull those claims outside the immunity provided by the New Mexico Tort Claim Act and states a claim upon which Relief can be granted.

## I. ARGUMENT

Through Madison v. Scott, 1999, 128 N.M. 255, 992 P.2d 268 States that an Employer is liable for the conduct of an employee because the employee was acting within the scope of employment. The unidentified officer(s) that collected Plaintiff's property and officer(s) in the unit control is employed by the State of New Mexico and therefore Governor Richardson.

A. The Amended complaint does approach a specificity necessary to state a Constitutional claim against the State of New Mexico and Governor Richardson under Scott.

The allegations brought up states the State of New Mexico and Governor Richardson is the Employer of the defendants. As well the State of New Mexico's and Governor Richardson's employee's feel they are Protected, can do whatever and can

3

get away with whatever they do. Employees of the State of New Mexico and Governor Richardson feel they have the Freedom to do as they will and not have to pay for their consequences.

Therefore the State of New Mexico and Governor Richardson by not Correcting the wrongs of their employee's make them just as liable as the employee. If the employee knew he would be Corrected he would not be losing or destroying Plaintiff's property. If the employee would be Corrected he would have more Respect for the Plaintiff and His possessions instead of being Protected by the State of New Mexico and Governor Richardson. By the State of New Mexico and Governor Richardson Protecting they are liable.

B. The State of New Mexico and Governor Richardson has been notified of the wrongs done by their employees to the Plaintiff and should not be entitled qualified immunity.

Whether Plaintiff's claim was unclear and now should be clear in the Amended State Tort Claim, The State of New Mexico and Governor Richardson has ignored the allegations done by their employee's. As soon as the State of New Mexico and Governor Richardson became aware of the allegations they should have investigated before reacting and Protecting? Instead the State of New Mexico and Governor Richardson Protected their employee's and self by getting the claim moved to the Federal Court, wasting the States money, causing more grief for the Plaintiff and wasting the Courts valuable time.

Therefore by the State of New Mexico and Governor Richardson ignored Plaintiff's claim making them liable just as their employee(s) who committed

4

the unjust act.

    C. The amended State Tort Claim against the State of New Mexico and Governor Richardson should not be dismissed because by denying the allegations done by their employee(s) to the Plaintiffs they are Protecting them and became liable themselves.

    By not acknowledging the Plaintiff's State Tort Claim and not investigating it the State of New Mexico and Governor Richardson is liable for the allegations made. By moving the State Tort Claim from the State Courts to Federal Courts without investigating Plaintiff's Claim and wasting the states money they are liable. Specially when the Plaintiff would have settled for less then His Courts fee's which the State of New Mexico and Governor Richardson paid for without investigating the allegations. By the State of New Mexico and Governor Richardson refusing to settle out of Court wasting more of the states money and the Courts valuable time they are liable. For the State of New Mexico and Governor Richardson refusing to resolve this simple case by Protecting their employee(s) they are liable.

    D. Plaintiff does not have access to any case law without having to order case law by mail from the Supreme Court Library. Also Plaintiffs is only allowed to order 2 cases per month only.

    Without allowable time to order and recieve case law mentioned Plaintiff can not adequately answer and is hard to Understand what the State of New Mexico and Governor Richardson is saying. Plaintiff Needs at least a month for every 2 cases mentioned to be able to answer. Otherwise Plaintiff will answer to the best of His knowledge!

5

## II. CONCLUSION

WHEREFORE, the Plaintiff Alfred Valentino Garcia Respectfully move the Court, not to dismiss His claim against the State of New Mexico and Governor Bill Richardson.

Respectfully Submitted

by

Valentino Garcia 50725

Alfred Valentino Garcia
6900 West Miller Drive 50725
Hobbs, New Mexico
88244

6

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of January 2010, I filed the forgoing, Plaintiff's Response to Defendants State of New Mexico and Governor Bill Richardson's motion to dismiss for failure to state a claim via mail through the United States Postal Service.

I FURTHER CERTIFY that I mailed a copy, first class mail, postage prepaid addressed as follows:

Little West Defendant's Attorney
Post Office Box 5098
Santa Fe, New Mexico
        87502-5098

Respectfully Submitted

by
    Valentino Garcia 50725

    Alfred Valentino Garcia

TO:   Risk Management Division
      Joseph Montoya Bldg.
      1100 South Saint Francis Dr.
      Santa Fe, NM   87501

*Exhibit*

*A*

DATE: _11-29-07_
      (Print date form being sent)

Page 1 of 2          NOTICE OF CLAIM
                (This form must be filed before you file a tort complaint.)

Pursuant §41-4-16, N.M.S.A. (1978), you are advised that:

I, _Alfred Fidel Valentino Garcia_ , hereby give notice that I sustained a
          (Print your name)
loss/injury for which I may be entitled to recover, pursuant to the New Mexico Tort Claims Act.

The loss/injury occurred on or about _8-28-07 — 10-17-07_
                              (Print date of loss/injury)
at the _Southern New Mexico Corrections_ Facility under the following
          (Print name of Facility)
circumstances: (Please state facts briefly and clearly.) _____

On or around 8-28-07 I was transferred to Southern
New Mexico Corrections Department without the permission.
On or around 8-30-07 I received the property and
certain items were missing.

On or around 9-12-07 I was threatened.

On or around 9-20-07 I put in for a transfer and
was advised I will not be allowed to transfer no more to
any other facility.

On or around 9-24-07 I was put into segregation and
the officers lost the property.

On or around 10-11-07 I was transported to Santa
Fe with 15 inmates in a small unsafe box!

_Alfred Valentino Garcia_
Name of Plaintiff (Your name)

1



# State of New Mexico
## Corrections Department

**Bill Richardson**, Governor
**Joe R. Williams** Cabinet Secretary
**Erma Sedillo**, Deputy Secretary- Operations

PO Box 27116
Santa Fe, NM 87502-0116

**Alfred Garcia NMCD 50725**
**Southern New Mexico Correctional Facility**
**Grievance 07-10-29**

**Denied: This is in response to your grievance appeal you filed concerning lost personal property. The initial investigation indicates that $50.00 was placed into your account as your grievance was granted. This amount was based on a fair market value due to staff negligence and at the discretion of the department. Your request for total compensation for all items is denied. Your grievance appeal has failed to provide any evidence to support your claim; therefore this grievance appeal is denied.**

_Erma Sedillo_ _signature_

**Erma Sedillo, Deputy Secretary Operations**

_1-18-08_

**Date**

3

Form CD-150501.1
(page #1)

## INMATE GRIEVANCE

Inmate's Name: A. Valentino Garcia NMCD#: 50725 Grievance File #: 07·10·09

Institution: SNMCF Housing Unit: 1B3E102 Date of Incident: 9/86/07

Date Received by Grievance Officer: 10·25·07

Grievance Officer's Signature: _____

**INSTRUCTIONS:** It is expected that problems be resolved in an informal manner. Please read policy/procedure CD-150500 before filing a grievance. Your grievance must be typed or clearly written so as to be readable after photocopying. The grievance must be filed with the Institutional Grievance Officer to be valid. Copies sent elsewhere will be considered informational copies only, not requiring a response.

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the relief requested. Use additional pages, if necessary. The issue of this grievance is about property being lost once I was taken to segregation.
The issue is grievable under New Mexico Corrections Department Policy Inmate Grievances CD-150500 Paragraphs A,B.
On or around September twenty fourth I was taken to segregation and the property was lost in the cell.
On or around september twenty sixth the property was brought to me and there was a lot of property missing.
I sent a request form to the property officer Wondering

Inmate's Signature: A. Valentino Garcia Date: 10/16/07

**Relief Requested:** I would love for these items to be returned to me in the same good condition they were in please!
I would love to be given the money so I can buy these items that I do need again Please!
I would love to Please be reimbursed on these items that I will have to rebuy.

**STEP 2 – To Be Completed by the Grievance Officer:**

A. ✓ Your grievance is **accepted** for consideration.
B. ___ Your grievance is **being returned** to you because of the following reason:
- ___ 1. The grievance is not readable.
- ___ 2. The matter has been answered in previous grievance #: _____
- ___ 3. The grievance concerns material not grievous under present policy.
- ___ 4. The grievance is a group grievance or petition. (Submit individually.)
- ___ 5. The grievance is not timely.
- ___ 6. Other Specify: _____

_____

Grievance Officer's Signature: _____  Date: 10·25·07

Page #1

4

RECEIVED
DEC 2 0 2007

Form CD-150501.1
(page #2)

## INMATE GRIEVANCE
**(continued)**

Page 2
Grievance File #: _____

**STEP 3 – Grievance Investigation and Recommendation:**

_____
Grievance Officer's Signature          Date _____

**STEP 4 – Decision of Warden/Designee:**  Date received by Grievance Officer: _____

Denied ( )      Granted ( )      Dismissed ( )      Resolved ( )      Referred ( )

_____
_____
_____

Signature: _____  Date: _____

Date Returned to Inmate: _____

**STEP 5 – Departmental Appeal:**  (Return grievance to Grievance Officer for processing.)
**A.  Reason for appeal:**

Inmate's Signature: _____  Date: _____

Date Received By Grievance Officer: _____
Date Sent to Grievance Coordinator: _____

**B. Department Decision:**

_____  Date: _____
Cabinet Secretary/Designee

Grievance Continued          page 2 of 3

what happened to all of the property that was missing! I got no response back.

I submitted an informal grievance on this issue. I did not get no response.

The items that were missing:

1 pair of ear bud head phones that came with the radio. cost $15.00
2 gray Russel Nublend t-shirts. cost $3.94
1 pair of Detroit Mid Black Basketball shoes. cost $19.97
1 magnavox universal remote. cost $7.97
1 spartan wave cap black. cost $3.15
1 package of six Tube sock all white. cost $6.50
7 tapes. cost around $70.00
2 white hanes t-shirts. cost around $15.00
1 pair of gray shorts. cost around $15.00
1 set of sweat shirt and sweat pants. cost around $30.00
1 handkerchiefs. cost around $.50
1 alarm clock. cost around $10.00
Hygiene items missing cost around $20.00
1 Baby Powder
2 hair goods
2 Soaps
1 toothpaste
canteen items. cost around $20.00
1 air freshner
1 eraser
1 Prayer oil
1 mayonise
2 candy bars
1 oreo cookie
10 soups
2 hot sauces
1 onion minced
2 jalapeno beans
1 sausage
1 tea bags count around 100

These items were supposed to have been pick up along

5

Grievance Continued      page 3 of 3

with the rest of the property I did get by the officer that did go to the cell to collect the property. The property officer inventoried the property and brought me the property I could have. The inventory sheet did not have these items on it or these items did not show up in the property that was allowed to me in segregation.

These items came up missing some where and some how by who knows from the day I got locked up in segregation to the time the property was brought to me in segregation.

These items were lost by the officer(s) that collected the property or by the property officer.

I do not Feel or Know what happened but these items are missing!

The radio was missing too but the captain later brought it to me! What happened to the rest of the property that was missing?

Thank you very much! I Greatly appreciate it! May GOD Bless you!

6

Mead

Form CD-150501.1
(page #2)

# INMATE GRIEVANCE
### (continued)

Page 2

Grievance File #: ___07-10-29_____

---

**STEP 3** –Upon completion of investigation the following was discovered.  Prior to being placed into segregation inmate had a pair of tennis shoes, a sweat top, and bottom, nine tapes, and a pair of workout shorts that did not make it to property officer.  Based on these findings it is recommended that inmate be awarded $50.00 to cover cost of missing items.


___James Thomas_____                    ___11-07-2007_____

Grievance Officer's Signature                                              Date

---

**STEP 4 – Decision of Warden/Designee:**  Date received by Grievance Officer: _____

Denied ( )        Granted ( )        Dismissed ( )        Resolved ( )        Referred ( )


Signature: _____        Date: __11-15-7__

Date Returned to Inmate: _____11-15-07_____        I recieved this on 12/7/07
through regular mail.

---

**STEP 5 – Departmental Appeal:**  (Return grievance to Grievance Officer for processing.) page 1 of 3

**A. Reason for appeal:** I am appealing this matter for two reasons. One is about the amount awarded. The second is that more items were missing that was not mentioned.

First of all the amount awarded is way too low. According to exhibit A the shoes costed 19.97. According to exhibit B three of the seven tapes costed 29.99. Now the sweat pants, sweat shirt, shorts and the four other tapes costed around 80.00.

The total for the shoes and three tapes alone

Inmate's Signature: S. Valentino Garcia        Date: 12/10/07

Date Received By Grievance Officer: 12/17/07        Continued on
Date Sent to Grievance Coordinator: 12/17/07        Appeal continued
page

---

**B. Department Decision:**

_____        Date: _____

Cabinet Secretary/Designee

Appeal Continued          page 2 of 3

costed 49.96. That is without included the cost of
the sweat pants, sweat shirt, shorts and the other
four tapes. Plus the shipping and handling. The cost
of the sweat pants, sweat shirt, shorts and the other
four tapes added to the shoes and three tapes
would be around 129.96. Plus shipping and handling
9.99. That is a total only for those items 139.95.
Though that does not include the other items lost.
50.00 is not enough for what was lost.
        Now about the second issue of the appeal.
There was alot more lost then just those mentioned
items. As you can see from the inventory sheets
included.
        The items not mentioned in the decission but
mentioned in the grievance are:
1 pair of clear ear buds that came with the radio
        costed 2.35
2 grey Russel No-pocket T-shirts costing 9.70
1 Spartan Wave Cap   costing 3.15
1 Tube Sock All White 6-pack 6.50
1 Magnovox Universal Remote Control costing 8.97
2 Hanes Crew Neck T-shirts costing 24.40
1 handkerchief costing .60
1 Advance 6024 LCD Alarm Clock costing 7.35

Appeal Continued       page 3 of 3

Hygiene items costing around 20.00
1 Baby Powder
2 Hair Goods
2 soaps
1 tooth paste

Canteen items costing around 20.00
1 air freshner            1 onion minced
1 eraser                  2 jalapeno beans
1 Prayer oil              1 sausage
1 mayonise                1 tea bags
2 candy bars
1 oreo cookie
10 soups
2 hot sauces

These items were lost too. All these items mentioned should be paid for because of the incompetence of staff and departments.

I am asking for a total around 250.00. That way everything lost can be replaced.

I have the admittance of the incompetence therefore I should be paid in full.

I will be acquiring the rest of the recipts I need just in case I got to pursue this matter.

Thank you very much! I Greatly Appreciate it tons! May **GOD** Bless you!

9

Exhibit A

**RP**

# walkenhorst's

1774 Industrial Way, Napa, CA 94558
Phone Toll Free: 877-660-9255 · Fax 707-255-1974
www.walkenhorsts.com

| MAG NO. | PAGE # | DATE | CUST. NO. | ORDER NO. |
|---|---|---|---|---|
| 624682 | 1 | 2/28/2007 | NM017 | 30377524 |

## WORK ORDER / INVOICE
# 624682

| S | 0000624682 | S | VALENTINO GARCIA 50725 |
|---|---|---|---|
| O | LEA COUNTY CORRECTIONAL FAC | H | LEA COUNTY CORRECTIONAL FAC |
| L | 6900 WEST MILLEN DRIVE | I | 6900 WEST MILLEN DRIVE |
| D | HOBBS, NM  88244 | P | HOBBS, NM  88244 |
| T | | T | |
| O | | O | |

| 2/26/2007 | 50725 | UPS | | SHIPPING POINT | | | |
|---|---|---|---|---|---|---|---|
| GARCIA | 2/26/2007 | MAIN | MK | PREPAID | | OUT OF STATE | |

| | | | ORDERED | | SHIPPED | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 21003010 | DET1MB 11 | Detroit Mid Black B-Ball | 1 | | 1 | 19.97 | 19.97 |
| 04018111 | MR-U4100 | Magnavox Universal Remote | 1 | | 1 | 7.97 | 7.97 |
| 18100279 | 64030MK-VT | 2XL  R.Nublend T-Shirt-Grey | 1 | | 1 | 4.97 | 4.97 |
| | *********************************** | | | | | | |
| | ALTERNATED REMOTE THANK YOU | | | | | | |

| SUBTOTAL | | | | | FREIGHT | | |
|---|---|---|---|---|---|---|---|
| 32.91 | | | | | 5.99 | | 38.90 |
| COUNT ON WALKENHORST'S FOR | | | | | ORDER NO. | | TOTAL ORDER VALUE |
| PROMPT FRIENDLY SERVICE!! | | | | | 30377524 | | |

10

# MUSIC BY MAIL

PO BOX 090424 • FORT HAMILTON STATION
BROOKLYN, NY 11209-0010

| | |
|---|---|
| Order No. | 362324-1 |
| PO# | -NONE- |
| Date | 04/27/04 |

Process: 04/27/04

Sold to:
Garcia, Valentino # 50725
Guadalupe County Corr Fac
PO Box 520
South Highway 54
Santa Rosa, NM. 88435

Ship to:
Garcia, Valentino # 50725
Guadalupe County Corr Fac
PO Box 520
South Highway 54
Santa Rosa, NM. 88435.

| 224471 | T | NW | 1 | 505-472-1001 | 0.25 | MO | FC |
|---|---|---|---|---|---|---|---|

```
** Due to an overpayment you have      **
** $8.00 in credit to be used towards  **
** your next Music By Mail purchase.   **
```

| 1 | 112888 - Jackson, Michae Bad | 1JACKS | 0 | 9.99 | 9.99 |
|---|---|---|---|---|---|
| 1 | 135171 - Prince 1999 | 1PRINCE | 0 | 12.00 | 12.00 |
| 1 | 472225 - Various Billboard Award 2003 Mex | 2VARBI | 0 | 8.00 | 8.00 |

w0-04/30/04 17:20:24043017ZD46

29.99  18.00  0.00  0.00  4.00  15.99  15.99  0.00  XXXXX

Exhibit B



*Exhibit E*

♪ Canteen

**INVOICE    76756          Page   1**

**Date 09/20/07**

**SNMCF Canteen**

**Sold to:**
   ALFRED 50725   GARCIA

**Ship to:**
   ALFRED 50725   GARCIA

   Client Account #: 50725

| Req | Shpd | B.O. | Item ID | Description | Unit Price | Extended |
|---|---|---|---|---|---|---|
| 1 | 1 | | 034000440504 | DEBIT PHONE CARD | 10.00 | 10.00 |
| 2 | 2 | | 074300008035 | FLEX PEN | 0.25 | 0.50 |
| 1 | 1 | | 051131674073 | AIR FRESHENER 3PACK | 1.19 | 1.19 |
| 1 | 1 | | 004912 | SAFEGUARD | 0.68 | 0.68 |
| 1 | 1 | | 001654 | ARM&HAMMER SENSATIVE TEETH | 3.95 | 3.95 |

   Sales Person   :   Canteen101
   Purchase Order :
   Date Shipped : 09/20/07
   Shipped Via :
   Terms :

Sales Amount :   16.32
Sales Tax :
Shipping :
Total :   16.32

| Type | Check#/Credit Card# | Exp | Payment |
|---|---|---|---|
| Cr Memo | ... | | 221.15 |
| Change | | | 204.83CR |
| | | | *17.00* |
| | | | *187.83* |

Payments :   16.32

   Client Account #: 50725

Total Due :   0.00

*12*

# PROPERTY INVENTORY SHEET

NAME _Akrad Fadel Valentino Garci_ PNM# _50725_ TRANSFERRED FROM_____ TO_____ TIME_____

INVENTORYING OFFICER _____ DATE_____

## ELECTRICAL APPLIANCES

| | | | | |
|---|---|---|---|---|
| 1 | Radio: Type _Clear tech_ # _04/07/06_ | | | |
| 1 | Cassette: Type _~~tape~~_ # _____ | | | |
| 3 | Cassette Tapes | | Stingers | |
| 1 | Head/Ear Phone | | Adapters | |
| 6 | Batteries | 2 | Extension Cords | |
| | T.V./B&W: Type_____ # _____ | | | |
| 1 | T.V./Color: Type _Zynith_ # _0-31.04/06.20_ | | | |

## HAIR GROOMING/ITEMS

| | | | | |
|---|---|---|---|---|
| 1 | Hair Brush | 2 | Pocket Combs | |
| 4 | Shampoo: | ___ New ___ Used | | |
| | Conditioner: | ___ New ___ Used | | |
| 2 | Hair Cream: | ___ New ___ Used | | |
| | Hair Food: | ___ New ___ Used | | |
| | Hair Nets | | Hair Curlers | |

## STATE CLOTHING

| | | | |
|---|---|---|---|
| ~~1~~ | Shoes | ~~2~~ | Socks |
| ~~1~~ | Shorts | ~~2~~ | T-Shirts |
| ~~2~~ | Shirts | | Pants |
| | Coats | | Hats |

## PERSONAL HYGENIC ITEMS

| | | | |
|---|---|---|---|
| 2 | Tweezers | 4 | Toe/Fingernail Clippers |
| 2 | Drinking Glass | 1 | Drinking Cup |
| 1 | Body Powder | | Foot Powder |
| 12 | Deodorant: | ✓ New ___ Used | |
| | Body Lotion: | ___ New ___ Used | |
| | Baby Oil: | ___ New ___ Used | |
| | Noxzema: | ___ New ___ Used | |
| 2 | Heat Balm: | ✓ New ✓ Used | |
| | Tanning Lotion: | ___ New ___ Used | |
| 2 | Chapstick | | Alka Seltzer |
| | Rolaids | | |

## MEDICATION FROM HOSPITAL

_Doxycycline_

_____

_____

## TOBACCO ITEMS

| | | |
|---|---|---|
| ___ | Cigarette pks: Type_____ | |
| ___ | Cigars: Type_____ | |
| ___ | Snuff | ___ Chewing Tobacco |
| ___ | Pipe | ___ Pipe Cleaners |
| ___ | Tobacco | ___ Rolling Papers |

## OTHER ITEMS NOT LISTED

_Bibles (3) Bible con corance, Bible_
_dictionary, ___ other __ his indigent grade_
_dictionary, bible tape (2) clark Potrance,_

## CONSFISCATED ITEMS

_____

_____

_____

## PERSONAL CLOTHING

| | | | |
|---|---|---|---|
| ___ | Hats | ___ Caps | ___ Belts |
| 1 | Shower Shoes | ___ Slippers | |
| 1 | Tennis Shoes | ___ Dress Shoes | |
| 12 | Socks | 4 Boxers | |
| 5 | T-Shirts | 4 Sweats | |
| ___ | A-Shirts | ___ Thermals | |
| ___ | Robes | 2 Hankerchiefs | |

## SHAVING ITEMS

| | | | |
|---|---|---|---|
| ___ | Shaving Bag | ___ Shaving Brush | |
| ___ | After Shave: | ___ New ___ Used | |
| ___ | Septic Pencil: | ___ New ___ Used | |
| ___ | Shaving Cream: | ___ New ___ Used | |
| ___ | Magic Shave: | ___ New ___ Used | |
| ___ | Track II Razors | 24 Disposable Razor | |
| ___ | Blades | ___ New ___ Used | |

## ORAL HYGENIC ITEMS

| | | | |
|---|---|---|---|
| 5 | Tooth Brushes | 1 | ~~Dental Floss~~ _Dental Pcs_ |
| 1 | Tooth Paste | ___ New ✓ Used | |
| ___ | Denture Cleaner: | ___ New ___ Used | |
| ___ | Denture Adhesive: | ___ New ___ Used | |

## MISC. ITEMS

| | | | |
|---|---|---|---|
| ___ | Wash Cloths | 1 | Soap Dish |
| 5 | Soap (bars): | ✓ New ___ Used | |
| ___ | Laundry Detergent: | ___ New ___ Used | |
| 12 | Pencils | 24 Pens | |
| 12 | Letters | 12 Legal Letters | |
| 1 | Eye Glasses | ___ Glass Case | |
| 2 | Photo Album | 1200 Photographs | |
| 1 | Playing Cards | ___ Pinochle | |
| 1 | Pad Locks: Type _Master_ # ____ | | |
| 1 | Watches: Type _Timex_ # ____ | | |
| ___ | Dominoes | 2 Chess Sets | 1 Board Games |
| 5 | Reading Books | ___ Magazines | |
| 2 | Address Books | ___ Bed Spread | |
| ___ | Rugs: | ___ Plants ___ Curtains | |
| ___ | Jewelry: Type_____ | | |
| ___ | Wallet | ___ Coke Tokens | |
| 2 | Stationary | ___ Framed Pictures | |

## HOBBY & ART SUPPLIES

_Mechanical pencils (1), 7 & 5 ___ drawing _____
_pens, drawing paper, legal folders, head _____
_better glue/magna colored _____ pencils _____
_pencils(8), _____ for AD&D books _____
_tips, 3comps, 2 erasers quart butter, chip _____
_skittles chips (squares (2) tortillas, cards(8) _____
_envelopes beans, tea, vicks, jicolo,_

## CONTRABAND ITEMS

_____

_____

_____

## COMMENTS:

_~~items Karo lite~~, (1) fro nar ___ ___ photos ___ ___ ___ ___
___ ___ drawing ___, drawing board, beads, watch, 3 brush,_

_____

INMATES SIGNATURE _A Valentino Garcia_ # _____ DATE _3-9-37_

ISSUING OFFICERS SIGNATURE _____

# PROPERTY INVENTORY SHEET

*Exhibit E*

_IA VALENTINO_ PNM# _5072S_ TRANSFERRED FROM_____ TO_____ TIME____

OFFICER _____ DATE _4/5/07_

## AL APPLIANCES

| | | | |
|---|---|---|---|
| ____ | Radio: Type_____# _____ | | |
| ____ | Cassette: Type_____# | | |
| ____ | Cassette Tapes | ____ | Stingers |
| ____ | Head/Ear Phone | ____ | Adapters |
| ____ | Batteries | ____ | Extension Cords |
| ____ | T.V./B&W: Type_____# | | |
| ____ | T.V./Color: Type_____# | | |

## HAIR GROOMING ITEMS

| | | | |
|---|---|---|---|
| ____ | Hair Brush | ____ | Pocket Combs |
| ____ | Shampoo: | ____ New ____ Used | |
| ____ | Conditioner: | ____ New ____ Used | |
| ____ | Hair Cream: | ____ New ____ Used | |
| ____ | Hair Food: | ____ New ____ Used | |
| ____ | Hair Nets | ____ | Hair Curlers |

## STATE CLOTHING

| | | | |
|---|---|---|---|
| ____ | Shoes | ____ | Socks |
| ____ | Shorts | ____ | T-Shirts |
| ____ | Shirts | ____ | Pants |
| ____ | Coats | ____ | Hats |

## PERSONAL HYGENIC ITEMS

| | | | |
|---|---|---|---|
| ____ | Tweezers | ____ | Toe/Fingernail Clippers |
| ____ | Drinking Glass | ____ | Drinking Cup |
| ____ | Body Powder | ____ | Foot Powder |
| ____ | Deodorant: | ____ New ____ Used | |
| ____ | Body Lotion: | ____ New ____ Used | |
| ____ | Baby Oil: | ____ New ____ Used | |
| ____ | Noxzema: | ____ New ____ Used | |
| ____ | Heat Balm: | ____ New ____ Used | |
| ____ | Tanning Lotion: | ____ New ____ Used | |
| ____ | Chapstick | ____ | Alka Seltzer |
| ____ | Rolaids | | |

## MEDICATION FROM HOSPITAL

_____
_____
_____
_____

## TOBACCO ITEMS

| | | | |
|---|---|---|---|
| ____ | Cigarette pks:  Type_____ | | |
| ____ | Cigars: Type_____ | | |
| ____ | Snuff | ____ | Chewing Tobacco |
| ____ | Pipe | ____ | Pipe Cleaners |
| ____ | Tobacco | ____ | Rolling Papers |

## OTHER ITEMS NOT LISTED

_____
_____
_____

## CONSFISCATED ITEMS

_____
_____
_____
_____

## PERSONAL CLOTHING

| | | | |
|---|---|---|---|
| ____ | Hats | ____ | Caps ____ Belts |
| ____ | Shower Shoes | ____ | Slippers |
| _/_ | Tennis Shoes | ____ | Dress Shoes |
| ____ | Socks | ____ | Boxers |
| ____ | T-Shirts | ____ | Sweats |
| ____ | A-Shirts | ____ | Thermals |
| ____ | Robes | ____ | Hankerchiefs |

## SHAVING ITEMS

| | | | |
|---|---|---|---|
| ____ | Shaving Bag | ____ | Shaving Brush |
| ____ | After Shave: | ____ New ____ Used | |
| ____ | Septic Pencil: | ____ New ____ Used | |
| ____ | Shaving Cream: | ____ New ____ Used | |
| ____ | Magic Shave: | ____ New ____ Used | |
| ____ | Track II Razors | ____ | Disposable Razor |
| ____ | Blades | ____ New ____ Used | |

## ORAL HYGENIC ITEMS

| | | | |
|---|---|---|---|
| ____ | Tooth Brushes | ____ | Dental Floss |
| ____ | Tooth Paste | ____ New ____ Used | |
| ____ | Denture Cleaner: | ____ New ____ Used | |
| ____ | Denture Adhesive: | ____ New ____ Used | |

## MISC. ITEMS

| | | | |
|---|---|---|---|
| ____ | Wash Cloths | ____ | Soap Dish |
| ____ | Soap (bars): | ____ New ____ Used | |
| ____ | Laundry Detergent: | ____ New ____ Used | |
| ____ | Pencils | ____ | Pens |
| ____ | Letters | ____ | Legal Letters |
| ____ | Eye Glasses | ____ | Glass Case |
| ____ | Photo Album | ____ | Photographs |
| ____ | Playing Cards | ____ | Pinochle |
| ____ | Pad Locks: Type_____# | | |
| ____ | Watches: Type_____# | | |
| ____ | Dominoes ____ Chess Sets ____ Board Games | | |
| ____ | Reading Books | ____ | Magazines |
| ____ | Address Books | ____ | Bed Spread |
| ____ | Rugs: | ____ | Plants ____ Curtains |
| ____ | Jewelry: Type_____ | | |
| ____ | Wallet | ____ | Coke Tokens |
| ____ | Stationary | ____ | Framed Pictures |

## HOBBY & ART SUPPLIES

_____
_____
_1- REMOTE CONTROL_ _____
_____
_1- GREY 7 SHIRT_ _____
_____

## CONTRABAND ITEMS

_____
_____
_____
_____

## COMMENTS: _____

_____
_____
_____

INMATES SIGNATURE_____ #_____ DATE_____
ISSUING OFFICERS SIGNATURE_____

4D-201

Exibit F

# PROPERTY INVENTORY SHEET

NAME _Garcia, Alfred_   PNM# _5072_ TRANSFERRED FROM_____ TO_____ TIME____

INVENTORYING OFFICER _____   DATE _9-04-06_

## ELECTRICAL APPLIANCES

- ___ Radio: Type_____ #_____
- _1_ Cassette: Type _Clear Tunes_ # _040706_
- ___ Cassette Tapes        ___ Stingers
- _1_ Head/Ear Phone        ___ Adapters
- ___ Batteries             ___ Extension Cords
- ___ T.V./B&W: Type_____ #_____
- ___ T.V./Color: Type_____ #_____

## HAIR GROOMING ITEMS

- ___ Hair Brush            ___ Pocket Combs
- ___ Shampoo:              ___ New ___ Used
- ___ Conditioner:          ___ New ___ Used
- ___ Hair Cream:           ___ New ___ Used
- ___ Hair Food:            ___ New ___ Used
- ___ Hair Nets             ___ Hair Curlers

## STATE CLOTHING

- ___ Shoes                 ___ Socks
- ___ Shorts                ___ T-Shirts
- ___ Shirts                ___ Pants
- ___ Coats                 ___ Hats

## PERSONAL HYGENIC ITEMS

- ___ Tweezers              ___ Toe/Fingernail Clippers
- ___ Drinking Glass        ___ Drinking Cup
- ___ Body Powder           ___ Foot Powder
- ___ Deodorant:            ___ New ___ Used
- ___ Body Lotion:          ___ New ___ Used
- ___ Baby Oil:             ___ New ___ Used
- ___ Noxzema:              ___ New ___ Used
- ___ Heat Balm:            ___ New ___ Used
- ___ Tanning Lotion:       ___ New ___ Used
- ___ Chapstick             ___ Alka Seltzer
- ___ Rolaids

## MEDICATION FROM HOSPITAL

_____
_____
_____
_____

## TOBACCO ITEMS

- ___ Cigarette pks: Type_____
- ___ Cigars: Type_____
- ___ Snuff                 ___ Chewing Tobacco
- ___ Pipe                  ___ Pipe Cleaners
- ___ Tobacco               ___ Rolling Papers

## OTHER ITEMS NOT LISTED

_____
_____
_____

## CONSFISCATED ITEMS

_____
_____
_____
_____

## PERSONAL CLOTHING

- ___ Hats                  ___ Caps     ___ Belts
- ___ Shower Shoes          ___ Slippers
- ___ Tennis Shoes          ___ Dress Shoes
- ___ Socks                 ___ Boxers
- _1_ T-Shirts _GREY_       ___ Sweats
- ___ A-Shirts              ___ Thermals
- ___ Robes                 ___ Hankerchiefs

## SHAVING ITEMS

- ___ Shaving Bag           ___ Shaving Brush
- ___ After Shave:          ___ New ___ Used
- ___ Septic Pencil:        ___ New ___ Used
- ___ Shaving Cream:        ___ New ___ Used
- ___ Magic Shave:          ___ New ___ Used
- ___ Track II Razors       ___ Disposable Razor
- ___ Blades                ___ New ___ Used

## ORAL HYGENIC ITEMS

- ___ Tooth Brushes         ___ Dental Floss
- ___ Tooth Paste           ___ New ___ Used
- ___ Denture Cleaner:      ___ New ___ Used
- ___ Denture Adhesive:     ___ New ___ Used

## MISC. ITEMS

- ___ Wash Cloths           ___ Soap Dish
- ___ Soap (bars):          ___ New ___ Used
- ___ Laundry Detergent:    ___ New ___ Used
- ___ Pencils               ___ Pens
- ___ Letters               ___ Legal Letters
- ___ Eye Glasses           ___ Glass Case
- ___ Photo Album           ___ Photographs
- ___ Playing Cards         ___ Pinochle
- ___ Pad Locks: Type_____ #_____
- ___ Watches: Type_____ #_____
- ___ Dominoes ___ Chess Sets ___ Board Games
- ___ Reading Books         ___ Magazines
- ___ Address Books         ___ Bed Spread
- ___ Rugs:                 ___ Plants ___ Curtains
- ___ Jewelry: Type_____
- ___ Wallet                ___ Coke Tokens
- ___ Stationary            ___ Framed Pictures

## HOBBY & ART SUPPLIES

_____
_____
_____
_____
_____
_____

## CONTRABAND ITEMS

_____
_____
_____
_____

## COMMENTS: _____

_____

INMATES SIGNATURE _____ # _5072s_ DATE _9/5/06_
ISSUING OFFICERS SIGNATURE _____

MASTER PRINTERS • 2588        COPIES SENT TO INMATE, SENDING UNIT, & RECEIVING UNIT        15

**CCA/TCDF ALLOWABLE PROPERTY INVENTORY**

Form 17-100A
Revised 04/2005

Exhibit 6

DATE: 4-11-07          TIME: 1800 (hours)          AGENCY #: NMDOC 50725          CONTRACTING AGENCY: NMDOC

CCA #: 822894

NAME: Garcia, Alfred

Last          First          Middle

PROPERTY TO BE MAILED TO: _____

Name

Debit memo Y / N

_____

Mailing address

City          State          Zip

PROPERTY BIN #: _____     INTAKE   CONFISCATED   RELEASED   COURT   MAILED   ADDITIONAL

ANY ITEM NOT ON THIS LIST IS UNAUTHORIZED AND WILL BE MAILED HOME AT INMATE EXPENSE
PLEASE NOTE:  ALL CLOTHING MUST BE LIGHT GRAY NO ZIPPERS, POCKETS, OR BUTTONS

| ITEMS | ALLOW | TOTAL | MAIL | ITEM | ALLOW | TOTAL | MAIL |
|---|---|---|---|---|---|---|---|
| ELECTRICAL | | | | PERSONAL HYGIENIC | | | |
| TELEVISION  (STATE) | 1 | 1 | | DRINK CUP | 1 | 0 | |
| RADIO WALKMAN | 1 | 1 | | BODY POWDER | 1 | 0 | |
| CASSETTE TAPES  (CLEAR) | 20 | 10 | | DEODORANT | 1 | 0 | |
| BATTERIES | 8 | 4 | | BODY LOTION | 1 | 0 | |
| HEAD PHONES | 1 | 2 | | BABY OIL | 1 | 0 | |
| PERSONAL CLOTHING | | | | NOXZEMA | 1 | 0 | |
| SHOWER SHOES | 1 | 1 | | CHAP STICK | 1 | 0 | |
| SOCKS | 7 | 7 | | ROLAIDS | 1 | 0 | |
| T - SHIRTS | 8 | 35 | | NAIL CLIPPERS / NO FILE | 1 | 0 | |
| GREY GYM SHORTS | 1 | 1 | | FOOT POWDER | 1 | 0 | |
| THERMALS | 2 PAIR | 10 | | SOAP | 2 | 2 | |
| TENNIS SHOES | 1 PAIR | | | SOAP DISH | 1 | 0 | |
| BOXERS ( WHITE ) | 8 | 4 | | RAZORS | 1 | 0 | |
| SWEATS (PANTS & SHIRTS) | 2 PAIR | 1 pair | | Q – TIPS | 1 BOX | 0 | |
| HANDKERCHIEFS | 10 | 2 | | TOOTH BRUSH | 2 | 2 | |
| HAIR GROOMING | | | | TOOTH BRUSH HOLDER | 1 | 0 | |
| HAIR BRUSH | 1 | 1 | | TOOTH PASTE | 2 | 0 | |
| POCKET COMB | 1 | 1 | | DENTURE ADHESIVE | 2 | 0 | |
| SHAMPOO | 1 | 2 | | DENTURE CLEANER | 2 | 0 | |
| CONDITIONER | 1 | 0 | | SHAVING CREAM | 2 | 0 | |
| HAIR CREAM | 2 | 2 | | RELIGIOUS | | | |
| HAIR FOOD | 2 | 0 | | 1 WEDDING BAND NO JEWELS | 1 | 0 | |
| HAIR NETS | 2 | 0 | | RELIGIOUS PENDANT | 1 | 0 | |
| MISCELLANEOUS | | | | OTHER PROPERTY / HOME | | | |
| PHOTO ALBUM 12 X 12 | 1 | 1 | | Drawing Board | | 1 | |
| PHOTOGRAPHS | 30 | 30 | | Books (misc) | | 9 | |
| ADDRESS BOOK | 1 | 1 | | Games | | 5 | |
| MISC. BOOKS | 8 | 5 | | Papers (misc) | | Lots | |
| MAGAZINES | 5 | 0 | | Legal notes | | 7 | |
| PENCIL SHARPENER | 1 | 1 | | Hand balls | | 2 | |
| COLORED PENCILS | 12 | 12 | | Sp. Arts & crafts box | | 1 | |
| PERSONAL LETTERS | 20 | 20 | | Alarm clock | | 1 | |
| PENS ( BLUE / BLACK ) | 2 | 2 | | large plastic container | | 1 | |
| EYE GLASSES | 1 | | | w/ lid | | | |
| EYE GLASS CASE | 1 | | | | | | |
| WATCH | 1 | | | | | | |
| PENCILS | 6 | 2 | | | | | |

INMATE SIGNATURE: Alfred Garcia          OFFICER: M. Esqbl          DATE: 4-11-07

I hereby authorize CCA to ship my personal property to the above address, as provided by me and release CCA of any liability for loss or damages incurred to said property.  Furthermore, by signing above, I acknowledge that the property inventory and property issued are correct as stated.

Original - Intake / Inmate File          Yellow - Intake / Booking          Pink - Inmate

16

# INVOICE

# UNION SUPPLY DIRECT
## A division of Union Supply Company

*Exhibit H*

PO Box 7006
Rancho Dominguez, CA 90224-7006
Tel. 866-404-8989 Fax 888-857-6219

| | PAGE NUMBER 1 |
|---|---|
| INVOICE | DATE |
| 01-833808 | 6/27/07 |

| SLMN | CUSTOMER # | PO | SALES ORDER | SHIP VIA | ORDER DATE | TERMS |
|---|---|---|---|---|---|---|
| 108 | ZNM001 | 34864 | 934595 | UPS | 6/26/07 | PREPAID |

**BILL TO:**

**SHIP TO:**
TORRANCE COUNTY DET.CENTER

209 ALAN AYERS AVE
ESTANCIA, NM      87016

**ATTN:**
ALFRED GARCIA
50725

| ITEM # | DESCRIPTION | SIZE/ COLOR | QTY ORD | QTY SHPD | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1001124 | FILA FX100 MENS HI TOP ALL | 11 | 1 | 1 | 36.90 | 36.90 |
| 2506009 | SPARTEN WAVE CAP BLACK 2 P | | 1 | 1 | 3.15 | 3.15 |
| 3510005 | TUBE SOCK ALL WHITE 6 PACK | | 1 | 1 | 6.50 | 6.50 |
| 6515018 | BIC ROUND STIC BALLPOINT P | | 1 | 1 | .25 | .25 |

Tracking#:  1260EW200307960392
Total Qty Shipped:        4
Total Weight:      5.00 lbs

***NO 3RD PARTY ORDERS!!******
***NO 3RD PARTY ORDERS!!******

BIC ROUND STIC BALLPIONT
PEN MED BLUE
ITEM#6515018

0  00065 5018  4

| SUBTOTAL | S&H | TAX | TAX REBATE | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|---|
| 46.80 | 5.00 | .00 | .00 | 51.80 | 54.55 | 2.75 |

19

17

Mister Valentino Garcia
6900 West Miller Drive 50725
Hobbs, New Mexico
88244

Legal

Court For The District of New Mexico
The United States District
Attention: Honorable Judge Lorenzo F.
Garcia
333 Lomas Boulevard North West
Albuquerque, New Mexico
Suite 270
87102

RECEIVED
At Albuquerque NM

JAN 1 1 2010

MATTHEW J. DYKMAN
CLERK

$02.24
01/08/2010
Mailed from 882
US POSTAGE

Hasler

