# United States District Court

### District of New Mexico
### Office of the Clerk
### U. S. Court House

333 Lomas Blvd. NW · Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 · Fax (505) 348-2028

**Divisional Offices**
P. O. Box 2384
Santa Fe, NM 87504-2384
(505) 988-6481
Fax (505) 988-6473

ROOM C-242
200 East Griggs
Las Cruces, NM 88001
(505) 527-6800
Fax (505) 527-6817



Matthew J. Dykman
Clerk of Court

Feb. 10, 2010

First Judicial District Court
Judge Steve Herrera
Judicial Complex
100 Catron St.
Santa Fe, N.M., 87504

Attn: Court Administrator
      Civil Division

Re: Garcia vs. State of New Mexico, et.al.
    Civil Case No.09-1103 LH/LFG

Dear Sir/Madam:

Please find enclosed a certified copy of the Order signed by Judge C. LeRoy Hansen along with the original entire case file, remanding this case to your Court.

Please acknowledge receipt of these records by returning a copy of this letter to this office.

Sincerely yours,

Matthew J. Dykman
Clerk of Court
By: _____
    Joe R. Murphy, Deputy Clerk

Enclosures

cc: Counsel of Record/File